**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**SONTAY T. SMOTHERMAN,**

      **Petitioner,**                                  Civ. No. 2:14-cv-972
                                                   Crim. No. 2:12-cr-055(3)
    **v.**                                                     Judge Frost
                                                       Magistrate Judge King

**UNITED STATES OF AMERICA,**

      **Respondent.**

## ORDER

On April 24, 2015, the Magistrate Judge denied Petitioner's *Motion for Discovery*, ECF No. 281, and recommended that Petitioner's *Motion for Summary Judgment,* ECF No. 276, and *Motion for Relief from Judgment*, ECF No. 280, be denied and that the *Motion to Vacate* pursuant to 28 U.S.C. § 2255, ECF No. 270, be dismissed. *Order and Report and Recommendation,* ECF No. 287. On May 6, 2015, this Court denied Petitioner's objections to the recommendation and dismissed *the Motion to Vacate. Order*, ECF No. 291. The Court thereafter denied Petitioner's amended objections to the recommendation, denied Petitioner's *Motion for Plain Error Review to Report and Recommendation* and denied Petitioner's motion to reconsider the Magistrate Judge's denial of Petitioner's request to conduct discovery. *Order*, ECF No. 294. This matter is now before the Court on Petitioner's motion to reconsider, ECF No. 296.

In his most recent motion to reconsider, Petitioner asks only that he be permitted to reargue his objections and motions; he does not suggest what those arguments might be.

Northing stated in Petitioner's most recent motion to reconsider persuades the Court that its prior orders, or the dismissal of this action under 28 U.S.C. § 2255, were erroneous.

Petitioner's *Motion for Reconsideration*, ECF No. 296, is therefore **DENIED.**

    **/s/   GREGORY L. FROST**
GREGORY L. FROST
United States District Judge