IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SONTAY T. SMOTHERMAN,

      Petitioner,                              Civ. No. 2:14-cv-972
                                                  Crim. No. 2:12-cr-055(3)
    v.                                            Judge Frost

UNITED STATES OF AMERICA,

      Respondent.

### ORDER

This action under 28 U.S.C. § 2255 was dismissed on May 6, 2015 on the basis that the claims presented in Petitioner's *Motion to Vacate*, ECF No. 270, had been presented to and rejected by the United States Court of Appeals for the Sixth Circuit in Petitioner's direct appeal. *Order*, ECF No. 291. *See United States v. Smotherman*, 564 Fed.Appx. 209 (6th Cir. 2014); *see also Smotherman v.United States*, 134 S.Ct. 2863 (2014). Petitioner has filed a notice of appeal from that dismissal. *Notice of Appeal*, ECF No. 318. This matter is now before the Court on petitioner's *Motion for Stay the Effect of a Notice of Appeal*, ECF No. 319 ("*Petitioner's Motion*").

*Petitioner's Motion* asks that "the effect of a notice of appeal" be stayed "until the disposition of the post-conviction motion for DNA testing pursuant to 18 USC 3600." *Id.* Although it is not entirely clear what petitioner intends by this motion, the Court notes that petitioner's request for DNA testing was denied on June 11, 2015. *Order,* ECF No. 317.

Accordingly, *Motion for Stay the Effect of a Notice of Appeal*, ECF No. 319, is **DENIED**.

                                                                                  /s/   GREGORY L. FROST
                                                                                 GREGORY L. FROST
                                                                                  United States District Judge