# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SONTAY T. SMOTHERMAN,

    Defendant.

Case No. 12-CR-55(3)
Judge Gregory L. Frost

## ORDER

This matter came on for consideration upon Defendant's Transcript Request (ECF No. 320) filed by Defendant on June 17, 2015.

The Court finds that Defendant has already been provided a transcript of the proceedings in his case and the Request is therefore **DENIED**.

The transcript of the trial proceedings as well as the transcript of other proceedings in this case were filed of record in this case on September 17, 2013 (ECF Nos. 258, 259, 260, and 261, and 262) and were made available to Defendant's appellate counsel Timothy J. McKenna, Esq. The transcript was also filed in Defendant's appellate case in the Sixth Circuit Court of Appeal.

**IT IS SO ORDERED.**

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE