# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SONTAY T. SMOTHERMAN,**

      **Petitioner,**                           **Civ. No. 2:14-cv-972**
                                                        **Crim. No. 2:12-cr-055(3)**
    **v.**                                                            **Judge Frost**
                                                        **Magistrate Judge King**

**UNITED STATES OF AMERICA,**

      **Respondent.**

## ORDER

Petitioner has filed a motion asking for leave to "file the attached Notice To United States Attorney General Of Action without prepayment of costs and to proceed in forma pauperis." ECF No. 329 [sic]. The only attachment to the motion is a financial affidavit. It is unclear what Petitioner intends by this motion. He does not require the permission of this Court to provide any document to the Attorney General of the United States. Petitioner's motion for leave to proceed *in forma pauperis*, ECF No. 329, is therefore **DENIED**.

                                                         **/s/ GREGORY L. FROST**
                                                         GREGORY L. FROST
                                                         United States District Judge