IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

                             Case No. 2:12-cr-00055
  v.                               JUDGE GREGORY L. FROST

SONTAY T. SMOTHERMAN

## ORDER

Before the Court is a "Motion to Correct Error" pursuant to Federal Rule of Civil Procedure 60(a).  (ECF No. 350.)  Defendant argues that he appealed a ruling of this Court but that the Court of Appeals failed to docket the same.  This matter is one for the Court of Appeals.  The Court accordingly **DENIES** the motion.

Also before the Court is an "objection to order."  (ECF No. 352.)  No action is required because there exists no procedural mechanism for a party to "object" to a Court order.

**IT IS SO ORDERED.**

                                       **/s/ Gregory L. Frost**
                                       **GREGORY L. FROST**
                                       **UNITED STATES DISTRICT JUDGE**