# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SONTAY T. SMOTHERMAN,**

      **Petitioner,**                                Civ. No. 2:14-cv-972
                                                   Crim. No. 2:12-cr-055(3)
    v.                                                    Judge Frost
                                                   Magistrate Judge King

**UNITED STATES OF AMERICA,**

      **Respondent.**

## ORDER

Petitioner has filed yet another motion "to correct clerical error," *Motion* (ECF No. 362). The *Motion* asks that the notice of appeal filed by petitioner on June 17, 2015, *Notice of Appeal* (ECF No. 318) be corrected to reflect all the orders and judgment from which petitioner appeals.

The docket accurately reflects the orders addressed in petitioner's *Notice of Appeal. See Notice of Appeal* (ECF No. 318).

Under these circumstances, petitioner's *Motion* (ECF No. 362) is **DENIED**.

In recent months, petitioner has filed a number of meritless, indeed wholly frivolous, motions. Petitioner is cautioned that his persistence in doing so may be met with sanctions or an order limiting petitioner's ability to file such motions.

                                                              /s/  **GREGORY L. FROST**
                                                               GREGORY L. FROST
                                                              United States District Judge