## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA

                                                   **Case No. 2:12-cv-00055**
  v.                                   **JUDGE GREGORY L. FROST**


SONTAY T. SMOTHERMAN


### ORDER

Before the Court is a "Motion for Appellant to Prepare a Statement Reconstructing the Proceedings and Evidence in Lieu of the Transcript" (ECF No. 354) and a "Motion for Order of Partial Transcript of Proceedings" (ECF No. 356).  Defendant has already been provided with a transcript of the proceedings in his case.  (ECF Nos. 258, 259, 260, 261, and 260).  The Court has already denied a previous request for the transcript on the ground that Defendant and his counsel already have received the same.  (ECF No. 323.)

Defendant requests that the court reporter prepare a "partial" transcript that includes only those portions of the transcript that Defendant wishes to present to the Court of Appeals.  No legal authority entitles Defendant to this relief.  The Court accordingly **DENIES** the motions. (ECF Nos. 354 & 356.)

      **IT IS SO ORDERED.**

                                         **/s/ Gregory L. Frost**
                                         **GREGORY L. FROST**
                                         **UNITED STATES DISTRICT JUDGE**